UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| REV. RYAN SASHA GALLAGHER,<br>    Plaintiff,<br><br>vs.<br><br>CNN, et al.<br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1: 18-cv-04600-CAP |

## J U D G M E N T

This action having come before the court, Honorable Charles A. Pannell, Jr., Senior United States District Judge, for a frivolity determination pursuant to 28 U.S.C. §1915(e)(2)(B), and the court having made such determination, it is

**Ordered and Adjudged** that the action be **DISMISSED** as frivolous.

Dated at Atlanta, Georgia, this 11th day of October, 2018.


                                        JAMES N. HATTEN
                                        CLERK OF COURT


                                By:    s/Traci Clements Campbell
                                            Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 11, 2018
James N. Hatten
Clerk of Court

By:   s/Traci Clements Campbell
            Deputy Clerk